IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02441 ZLW-KLM

HARRY L. DUNN,

    Plaintiff,

v.

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Change Filing Date for Complaint to October 4, 2010** [Docket No. 3; Filed October 21, 2010] (the "Motion"). As a preliminary matter, the Court notes that counsel has been warned about the font size of his pleadings which appear to violate D.C.COLO.LCivR 10.1D. *See, e.g.*, Case No. 07-cv-02097-WDM-KLM [Docket Nos. 54 & 60]. If counsel files one more pleading in this font size in any case assigned to this Magistrate Judge, **the pleading will be summarily stricken**.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. The Motion is premature, as the Defendant has not been served and has not asserted any defense related to the filing date of the Complaint. In general, the law disfavors actions on issues that may not develop into controversies, like advisory opinions or adjudications where there is no case or controversy. *See Preiser v. Newkirk*, 422 U.S. 395, 401 (1975). Furthermore, pursuant to Fed. R. Civ. P. 12(h), such a defense will be waived if not asserted in a motion to dismiss or responsive pleading. To the extent that such a defense is eventually asserted, Plaintiff may, after conferral, refile the Motion to correct the filing date of the Complaint or assert a response in opposition to the defense.

    Dated: October 22, 2010