IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02441-ZLW-KLM

HARRY L. DUNN,

    Plaintiff,

v.

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,

    Defendant.

## ORDER

    The parties have informed the Court that they have reached an agreement in principle to settle this case.  It is

    ORDERED that Plaintiff's Unopposed Motion For Stay (Doc. No. 12) is denied as unnecessary.  It is

    FURTHER ORDERED that a stipulated motion for dismissal of this case shall be filed on or before March 31, 2011.  If no such motion is received by the Court by that date, and no motion for extension has been granted, the case will be dismissed without prejudice.

    DATED at Denver, Colorado this 22nd day of February, 2011.

                                                       BY THE COURT:

                                                       _____
                                                       ZITA LEESON WEINSHIENK, Senior Judge
                                                       United States District Court